## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>GRASSY CREEK HOLDING COMPANY, LLC<br>EIN: 20-1745469<br><br>                Debtor. | Case No. 08-25330-abc<br><br>Chapter 7<br><br>Adv. No. 10-01671 |
| HARVEY SENDER, as Chapter 7 Trustee,<br><br>                Plaintiff,<br><br>v.<br><br>ROBINSON CONSTRUCTION COMPANY,<br><br>                Defendant. | |

### ROBINSON CONSTRUCTION COMPANY'S OBJECTION TO MOTION TO APPROVE SETTLEMENT AGREEMENT

Robinson Construction Company ("Robinson"), by and through its undersigned counsel, objects to the *Motion to Approve Settlement Agreement* (the "Motion") [docket #272], filed by Harvey Sender, in his capacity as defendant and chapter 7 trustee (the "Trustee") in Adversary Proceeding No. 09-1701-ABC (the "Adversary Proceeding"), commenced by plaintiffs George Adrian, Mike Ottomo, and Danielle Properties, LLC (collectively, the "Plaintiffs") against the Trustee, and states and alleges as follows:

1. Robinson objects to the Motion, and requests a hearing to address its objection.

2. In the Adversary Proceeding, Plaintiffs seek return of $135,000.00 held in an escrow account with the Trustee.

3. The purpose of the escrow account, however, was to secure funds necessary for debtor Grassy Creek Holding Company, LLC (the "Debtor") to pay for construction of improvements to Plaintiffs' real property in the Grassy Creek at

1

Mount Harris Subdivision (the "Property"). Robinson performed that work but remains unpaid.

4. The proposed settlement provides that $122,500.00 of the $135,000.00 escrow will be released to Plaintiffs. Robinson, though, is entitled to those funds and objects to their release to Plaintiffs.

5. The Property consists of 40 lots, each approximately 35 to 40 acres in size including three lots owned by George Adrian (lot 16), Mike Ottomo (lot 17), and Danielle Properties, LLC (lot 19).

6. On June 19, 2006, Robinson entered into a contract with the Debtor, the Property's developer, to install certain infrastructure at the Property (the "Contract").

7. Robinson constructed the roads, and installed the power, gas, and phone and cable service to the Property boundaries, including Plaintiffs' three lots.

8. The Debtor failed to pay Robinson $3,049,754.35 for the work performed.

9. When Plaintiffs purchased their lots, each executed an Escrow Agreement with Debtor, attached hereto as Exhibit A.

10. Plaintiffs placed $300,000.00 in escrow pursuant to the Escrow Agreement.

11. Plaintiffs also executed extensions of the Escrow Agreement, attached hereto as Exhibit B.

12. The escrow was to be released as follows:

(A) "$100,000.00 upon completion of all grading and road base . . . to the respective lot lines of the Property";

(B) "$100,000.00 upon completion of all utilities to the respective lot lines of the Property"; and

(C) "$100,000.00 upon completion of all paving of the roads to the respective lot lines of the Property."

Exhibit A.

13. The $300,000.00 escrow was expressly reserved only for the above-described work.

2

14. On August 27, 2007, Robinson recorded a blanket mechanic's lien on the Property, and subsequently filed a lien foreclosure action and lis pendens on October 18 and 24, 2007, respectively.

15. Robinson's lien specifically identified Plaintiffs' lots.

16. Subsequently, Debtor filed for bankruptcy.

17. On January 14, 2008, Robinson filed a proof of claim in this case in the amount of $3,049,754.35 and attached the mechanic's lien as the basis for the claim, attached hereto as Exhibit C.

18. Robinson's completion of the Contract fulfilled the Debtor's obligations under the first two requirements of the Escrow Agreement – completion of grading and road base to the property boundaries and completion of utilities.

19. Although Robinson performed the work for which the monies were escrowed, Robinson received no part of the $300,000.00 escrow.

20. Despite Plaintiffs' August 2007 receipt of Robinson's lien notice in the amount of $3,049,754.35 on their lots, in October 2007, Plaintiffs released $165,000.00 of the $300,000.00 escrow to the Debtor without ensuring that such funds would be paid to Robinson.

21. On November 13, 2009, Plaintiffs commenced the Adversary Proceeding against the Trustee for return of the remaining $135,000.00 in escrow based upon allegations that Debtor failed to fulfill the terms of their Contracts to Purchase/Sell Real Estate.

22. More specifically, Plaintiffs base their claims on the Debtor's failure to provide "hunting rights" (Adversary Complaint, ¶¶ 38 and 39); failure to construct a "burm" (*id.*, ¶ 35); failure to construct a driveway (*id.*, ¶ 36); loss of use of a town house (*id.*, ¶ 40); and loss of use of an Equestrian Center (*id.*, ¶ 41).

23. None of the items for which Plaintiffs seek reimbursement of the escrowed monies relate to the expressed purpose of the escrowed monies. Rather, Plaintiffs' claims are based upon breach of contract for which no security was arranged.

24. Plaintiffs acknowledge completion of the first "two improvement requirements [grading and road base and utilities] . . . of escrowed funds." Adversary Complaint, ¶ 27.

25. Shortly thereafter, Elam Construction completed the paving – the third component of the Escrow Agreement. Plaintiffs do not allege that the paving was not

3

completed. Yet, upon information and belief, Elam Construction did not receive any of the escrowed funds either.

26. In sum, Plaintiffs received the full benefit of the improvements to their individual lots contemplated by the Escrow Agreement but the contractors that furnished the material and supplied the labor received none of the escrow and will receive none if the settlement is approved.

27. The funds held in the escrow account should be used to pay for the tasks for which the Escrow Agreement was expressly established: payment to the contractors that completed the grading and road base, the utilities and the paving.

28. In addition, the Motion should be denied because

   (i) the funds held in the escrow account are trust funds pursuant to C.R.S. § 38-22-127, held for Robinson's benefit, and not for the benefit of either the Debtor's estate or Plaintiffs. In re Hildebrand, 205 B.R. 278, 285, 37 Collier Bankr.Cas.2d 817, 30 Bankr.Ct.Dec. 369, Bankr. L. Rep. P 77,308; (Funds in an escrow account held by debtor is not part of bankruptcy estate and no adversary proceeding is required to recover it).

   (ii) given, among other things, Robinson's lien rights, Plaintiffs should have joined Robinson as a party to the Adversary Proceeding and their failure to do so is manifestly unfair, thus precluding any related settlement of the Adversary Proceeding.

WHEREFORE, Robinson requests that the Court hear and consider this Objection and thereupon enter an Order denying the Motion; and for such other and further relief that the Court deems appropriate.

Dated this 11th day of August, 2011.

INMAN FLYNN BIESTERFELD
& BRENTLINGER, P.C.

s/ Michael J. Glade
Michael J. Glade
1660 Lincoln Street, Suite 1700
Denver, CO 80264
Tele: 303-861-5300
Fax: 303-861-2746
E-mail: mglade@inmanflynn.com
*Attorneys for Creditor Robinson Construction Co.*

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2011, a true and correct copy of **ROBINSON CONSTRUCTION COMPANY'S OBJECTION TO MOTION TO APPROVE SETTLEMENT AGREEMENT** was served via electronically on ECF-Pacer to the following, and via regular U.S. mail, postage prepaid, upon counsel below with an asterisk by counsel's name:

John C. Smiley, Esq.*
600 17th Street, Suite 1800 South
Denver, CO 80202-5441

John H. Bernstein, Esq.*
Kutack Rock LLP
john.bernstein@kutakrock.com

Paul G. Urtz, Esq.*
Stutz, Miller & Urtz, LLC
paulurtz@stutzmillerurtz.com

Peter A. Cal, Esq.*
Christian H. Hendrickson, Esq.
Sherman and Howard, LLC
pcal@sah.com
chendrickson@shermanhoward.com

Virginia M. Dalton *
Pearlman & Dalton, P.C.
vmdalton@pearlmandalton.com

Arthur Lindquist-Kleissler, Esq. *
Lindquist-Kleissler & Company, LLC
Arthuralklaw@gmail.com

David M. Miller, Esq. *
Kutner Miller Brinen, PC
dmm@kutnerlaw.com

Lindquist & Vennum *
ebirnberg@lindquist.com, hlewis@lindquist.com,
hmorris@lindquist.com, jmusser@lindquist.com,
jsmiley@lindquist.com

5

Robert Padjen *
Laufer and Padjen LLC
rp@jlrplaw.com

Michael J. Pankow *
Daniel J. Garfield
Brownstein Hyatt Farber Schreck
mpankow@bhfs.com
dgarfield@bhfs.com

Joanne C. Speirs  joanne.speirs@usdoj.gov *
United States Trustee
999 18th Street, Suite 1551
Denver, CO 80202-2415

Alexander Law Firm, PC
1580 Lincoln Street, Suite 700
Denver, CO 80203-1557

Mountain Adventure Property Investments
PO Box 416
Hayden, CO 81639-0416

Matthew D. Skeen
P.O. Box 218
Georgetown, CO 80444-0218

Arthur Thomas DiMeo
1120 Lincoln St., Ste. 1100
Denver, CO 80203-2139

General Capital Partners, LLC
The Dominion Plaza Bldg.
600 17th St.
Denver, CO 80202-5402

Grassy Creek Holding Company, LLC
PO Box 774406
Steamboat Springs, CO 80477-4406
James Real Estate Services, Inc.
90 Madison St. Suite 300
Denver, CO 80206-5412

Damon L. Kaplan
7315 E. Orchard Rd.

Greenwood Village, CO 80111-2525

Glen Anstine, Chapter 7 Trustee
4704 Harlan Street #320
Denver, CO 80212-7418

Moye White LLP
1400 16Th ST Ste 600
Denver, CO 80202-1486

Roger Johnson, II
95 Telemark Court
Steamboat Springs, CO 80487-3042

Harvey Sender
1660 Lincoln St., Ste. 2200
Denver, CO 80264-2202

*All Parties of Record to be included; see attached Mailing Matrix*

s/ Molly B. Rugen

7

```
Label Matrix for local noticing          Danielle Properties LLC                  General Capital Partners, LLC
1082-1                                   950 S Cherry Street #710                 The Dominion Plaza Bldg.
Case 08-25330-ABC                        Denver, CO 80246-2665                    600 17th St.
District of Colorado                                                              Denver, CO 80202-5402
Denver
Thu Aug 11 12:40:28 MDT 2011

Grassy Creek Holding Company, LLC        James Real Estate Services, Inc.         Robinson Construction Co.
P O Box 774406                           90 Madison St.                           21360 N.W. Amberwood Dr.
Steamboat Springs, CO 80477-4406         Suite 300                                Hillsboro, OR 97124-6925
                                         Denver, CO 80206-5412


US Bankruptcy Court                      4S Development, Ltd., LLLP               Alexander Law Firm, PC
US Custom House                          PO Box 416                               1580 Lincoln Street, Suite 700
721 19th St.                             Hayden, CO 81639-0416                    Denver, CO 80203-1557
Denver, CO 80202-2508


Big Air 2, LLC                           Booco's Contract Services, Inc.          Camilleti and Sons, Inc.
c/o Morley Companies                     PO Box 572                               PO Box 69
15 N. Nevada                             Hayden, CO 81639-0572                    Steamboat Springs, CO 80487
Colorado Springs, CO 80903-1708


Danielle Properties, LLC                 Danielle Properties, LLC                 Danielle Properties, LLC
1718 Coconut Drive                       C/o Arthur Lindquist-Kleissler, Esq.     c/o Matthew  D. Skeen
Ft. Pierce, FL 34949-3439                Lindquist-Kleissler & Company, LLC       P.O. box 218
                                         950 S. Cherry Street, Suite 710          Georgetown, CO 80444-0218
                                         Denver, CO 80246-2665


Elam Construction, Inc.                  Elam Construction, Inc.                  Everett Williams/ Mew Farms, Inc.
C/o The Law Offices of Ralph A. Cantafio PO Box 1398                              PO Box 1815
PO Box 774567                            Craig, CO 81626-1398                     Hayden, CO 81639-1815
Steamboat Springs, CO 80477-4567


First State Bank of Altus                General Capital Partners, LLC            George Adrian
PO Box 979                               The Dominion Plaza Building              c/o Arthur Lindquist-Kleissler
721 N. Main                              600 Seventeenth Street                   Lindquist-Kleissler & Company, LLC
Altus, OK 73521-3113                     Denver, CO 80202-5402                    950 S. Cherry Street, Suite 710
                                                                                  Denver, CO 80246-2665


Jack Baker                               Jack Baker                               Michael Otomo
348 Avenida De Las Rosas                 c/o Matthew D. Skeen                     631 SE 12th Street
Encinitas, CA 92024-4716                 P.O. Box 218                             Pompano Beach, FL 33060-9425
                                         Georgetown, CO 80444-0218


Michael Otomo                            Mike Ottomo                              Mountain Adventure Property Investments
c/o Matthew D. Skeen                     c/o Arthur Lindquist-Kleissler, Esq.     36600 County Road 27
P.O. Box 218                             Lindquist-Kleissler & Company, LLC       PO Box 416
Georgetown, CO 80444-0218                950 S. Cherry Street, Suite 710          Hayden, CO 81639-0416
                                         Denver, CO 80246-2665


Mountain Adventure Property Investments, LLC   (c)MOYE WHITE LLP                  Robinson Construction Co.
c/o Glen Anstine, Chapter 7 Trustee      1400 16TH ST STE 600                     c/o John H. Bernstein ESQ.
4704 Harlan Street #320                  DENVER CO  80202-1486                    Kutack Rock LLP
Denver, CO 80212-7418                                                             1801 California St. Suite 3100
                                                                                  Denver, CO 80202-2626
```

| | | |
|---|---|---|
| Roger Johnson, II<br>95 Telemark Court<br>Steamboat Springs, CO 80487-3042 | Ronald D. Sills<br>PO Box 416<br>Hayden, CO 81639-0416 | Seneca Coal Company<br>701 Market Street, Suite 700<br>Saint Louis, MO 63101-1826 |
| The Jobin Law Firm, P.C.<br>1900 Grant Street Suite 815<br>Denver, CO 80203-4308 | The Jobin Law Firm, PC<br>1900 Grant Street, Suite 815<br>Denver, CO 80203-4308 | Todd A. Stewart<br>PO Box 725<br>Sedalia, CO 80135-0725 |
| US Trustee<br>999 18th St.<br>Ste. 1551<br>Denver, CO 80202-2415 | United States Trustee<br>999 18th Street, Suite 1551<br>Denver, CO 80202-2415 | Vectra Bank<br>c/o Sherman and Howard, LLC<br>633 17th Street, Suite 3000<br>Denver, CO 80202-3622 |
| Vectra Bank Colorado National Association<br>c/o Peter A. Cal, Esq.<br>Sherman & Howard L.L.C.<br>633 17th Street, Suite 3000<br>Denver, CO 80202-3622 | Wayne and Katherine Maurer<br>569 East Hill Road<br>Glen Gardner, NJ 08826-3302 | Wayne and Katherine Maurer<br>c/o Matthew D. Skeen<br>P.O. Box 218<br>Georgetown, CO 80444-0218 |
| Wells Fargo Bank, NA<br>MAC #S4101-08C<br>100 W Washington<br>Phoenix, AZ 85003-1805 | Damon L. Kaplan<br>7315 E. Orchard Rd.<br>Greenwood Village, CO 80111-2525 | George Adrian<br>950 S Cherry Street #710<br>Denver, CO 80246-2665 |
| Harvey Sender<br>1660 Lincoln St.<br>Ste. 2200<br>Denver, CO 80264-2202 | Mike Ottomo<br>950 S Cherry Street #710<br>Denver, CO 80246-2665 | Robert Padjen<br>5290 DTC Parkway<br>Suite 150<br>Englewood, CO 80111-2764 |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1486


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)4S Development Ltd., LLLP | (u)Big Air 2, LLC | (u)Elam Construction Company, Inc. |

| | | |
|---|---|---|
| (u)FDIC, Receiver for First State Bank of Alt | (u)First State Bank of Altus | (u)Pearlman & Dalton, P.C. |
| (u)Seneca Coal Company | (u)Telemark, LP<br>Atttn: Roger A. Johnson, II | (u)The Fifth Todd A. Stewart Limited Partners |
| (u)Vectra Bank Colorado, N.A. | (u)Todd A. Stewart | End of Label Matrix<br>Mailable recipients   47<br>Bypassed recipients   11<br>Total                 58 |