Case:08-25330-ABC Doc#:183-3 Filed:11/13/09 Entered:11/13/09 15:01:24 Page1 of 2
Case:08-25330-ABC Doc#:288-1 Filed:08/11/11 Entered:08/11/11 15:39:20 Page1 of 2

FROM :A Z REC          FAX NO. :38530544          Feb. 14 2006 11:57AM P1

## ESCROW AGREEMENT

ESCROW AGREEMENT dated __31 Aug-05__ between Grassy Creek Holding Co., LLC (hereinafter called "Seller") George Adrian, Mike Ottomo and Danielle Properties, LLC (hereinafter "Purchaser"), and Jonathan Melvin, Esq, agent for First American Title (hereinafter called "Escrow Agent".)

WHEREAS, the Purchaser has agreed to purchase from Seller Lots 16, 17 and 19 Grassy Creek at Mt. Harris, Routt County, Colorado (hereinafter called "Property") pursuant to certain *Contracts to Buy and Sell Real Estate* the terms and conditions of which are incorporated herein by this reference:

WHEREAS, the Seller has agreed to place $300,000.00 in escrow which shall be disbursed to Seller as follows: $100,000.00 upon completion of all utilities to the respective lot lines of the Property, $100,000.00 upon completion of all grading and road base to County Specifications of the roads to the respective lot lines of the Property and $100,000.00 upon completion of all paving of the roads to the respective lot lines of the Property.

NOW THEREFORE, in consideration of the covenants and agreements contained in this Escrow Agreement, it is agreed as follows:

1. **Escrow Agent.** The Seller and Purchaser do hereby establish this Escrow Agreement and appoint and designate John Melvin, agent for First American Title as the Escrow Agent for the purposes herein set forth and John Melvin hereby accepts the appointment as Escrow Agent upon the terms and conditions herein set forth.

2. **Retention of Funds.** Seller hereby agrees that the amount of __$300,000.00__ will be withheld from the disbursements due to it from the Escrow Agent until such time as all work on the utilities, roads and paving are completed on September 30, 2006, whichever occurs earlier. Escrowed funds may be partially released pursuant to the schedule described above.

3. **Completion Date.** Seller agrees to complete all services by __September 30, 2006__.

4. **Disbursement of Funds.** The funds held pursuant to this Escrow Agreement shall be distributed only upon the receipt of and in accordance with the written instructions executed by Seller and George Adrian, Mike Ottomo, Mark Humphrey, an agent of Danielle Properties, LLC or Mark A. Freirich, attorney for Purchaser.

5. **Nonliability of Escrow Agent.** In the event of any controversy between the parties or any third person with respect to the subject matter of this Escrow Agreement, its terms or conditions, the Escrow Agent shall not be required to determine the same or take any action on the premises, but may await settlement of any controversy by appropriate legal proceedings, or otherwise, as may be required by the Escrow Agent, notwithstanding any of the provisions of this


EXHIBIT A

ADRIAN-000069

FROM : A Z REC.     FAX NO. :38530544     Feb. 14 2008 11:58AM P2

12/15/1995   07:06   9547868384     OTOMO M     PAGE 02

FROM :A Z REC     FAX NO. :38530544     Aug. 29 2005 08:13PM P1

Aug 15 05 03:13p     p.3

Escrow Agreement to the contrary. In the event of such controversy between the parties to this Escrow Agreement, the Escrow Agent shall not be held liable for interest or damages and shall not be responsible to make a determination of such controversy.

6.    **Termination of Escrow.** Upon disbursement of all of the funds in accordance with the terms of the Agreement, this Escrow Agreement shall terminate. In the event any escrowed funds remain after September 30, 2006, and the utilities, grading and/or paving as set forth herein has not been completed, the balance of all Escrowed funds shall be returned to Purchaser.

7.    **Expense of Escrow.** Any expenses or fees incurred by Escrow Agent in connection with this Escrow Agreement shall be paid by Seller.

IN WITNESS WHEREOF, the Seller, Purchaser and Escrow Agent have hereunto set their hands and seals this ___ day of _____, 2005.

Seller:            Buyers:

Grassy Creek Holding Co., LLC

By:_____

_[signature]_

_[signature]_

Daniolls Properties, LLC

By: _[signature]_

Escrow Agent:

First American Title

By:_____
    Jonathan Melvin, Agent

ADRIAN-000070