FROM :A Z REC                FAX NO. :36530544              Feb. 14 2002 11:58AM P3

## ESCROW EXTENSION AGREEMENT
### for LOTS 16, 17, 19 Grassy Creek at Mt. Harris

RE: Escrow Agreement dated 08-24-06 between Grassy Creek Holding Company, LLC (hereinafter called "Seller") George Adrian, Mike Ottomo and Danielle Properties, LLC (hereinafter "Purchaser") and Jonathan Melvin, Esq. agent for First American Title (hereinafter called "Escrow Agent".)

Whereas Purchaser has purchased Lots 16, 17, and 19 Grassy Creek at Mt. Harris, Routt County, Colorado (hereinafter called "Property") ; and

Whereas Seller has placed in escrow with Escrow Agent the amount of $300,000 pending completion of utilities, completion of road base to County Specifications, and paving of roads to the respective lot lines of the Property by September 30, 2006; and

Whereas Seller has, because of conditions outside of Seller's control, not completed said improvements, but has demonstrated both the intent and the capability to complete those improvements in a timely manner, the parties to the agreement agree to the following extension:

Roads: Roads have been finished and based to the respective Property line to County Specifications. No extension is required.

Utilities: Offsite utilities have been installed... 129 power poles, and 1 mile of underground cable to the front gate of Mt. Harris. Power line, Phone and Cable conduit have been installed substantially through the west side (29 lots) on Mt. Harris including to the subject Property line, but due to lack of availability of cable material from Yampa Valley Electric Association, approximately 10 days of trenching and cable installation remain to be finished from a point on Talon Ridge Drive near Lot 8 to the front gate. This work will be completed before the end of October, 2006. An extension until the end of October 2006 is respectfully requested.

Paving: Paving will not take place this year as there will A) likely not be time to complete this work before snow begins in earnest on or about the first of November, B) because paving cannot begin until utility installations are complete in another 10 days or so, C) paving material is not currently in the quantities needed, and D) the paving result will be improved after winter further compacts the road base and makes it more stable which will reduce ongoing maintenance expense. D) Mt. Harris Lot values will more greatly impacted in a positive way by utilizing good weather conditions to make other common-area improvements that can either be completed or that may be continued through the winter. An extension through July 2007 is respectfully requested.

As consideration for extensions as described above, the Seller agrees to the following:

EXHIBIT B

ADRIAN-000071

FROM : A Z REC                    FAX NO. :38530544         Feb. 14 2008 11:59AM P4

1. The entire escrow may continue to remain with the Escrow Agent until such time as utilities and paving has been completed.

2. All interest by the escrow account will be paid to the Purchaser upon release of escrow by the Escrow Agent.

3. Hunting privileges and guiding services will be available to Purchaser and guests on the Ranch Preserve Property without charge for as long as Purchaser owns subject property or 5 years from signing this escrow extention which ever is greater and so long as such use is not restricted by any Rout County or State of Colorado authority.

4. Guest house facilities will be available to Purchaser without charge (other than customary cleaning fees) for a minimum of four times per year for a period of five years so long as Seller or some related entity maintains ownership of 1720 Highland Way. In the event Seller sells Highland Way, or scheduling conflicts legitimately impact occupancy by Purchaser and Purchaser earnestly attempts to schedule around pre-existing reservations, Purchaser agrees to allow Seller to provide comparable accommodations for Purchaser with reasonable notice.

Purchaser and Seller herein agree to these extensions and proposed considerations, and all other considerations as set forth in, and which survive the respective purchase and sale agreements relative to Lots 16, 17 and 19 by and between the undersigned parties.

_____        September 29, 2006
Grassy Creek Holding Company, LLC (Seller)
By Roger A. Johnson II, Manager

_____
George Adrian

_____
Danielle Properties, LLC
Mark Otis Humphrey, Manager

_____
Mike Ottomo

ADRIAN-000072

FROM :A Z REC    FAX NO. :38530544    Mar. 05 2009 12:25PM P1
10/01/2006 12:35  9547868384    MIKE OTOMO    PAGE 02
FROM :A Z REC    FAX NO. :38530544    Dec. 01 2006 10:14AM P1

## ESCROW EXTENSION AGREEMENT
### for LOTS 16, 17, 19 Grassy Creek at Mt. Harris

RE: Escrow Agreement dated 05-24-06 between Grassy Creek Holding Company, LLC (hereinafter called "Seller") George Adkins, Mike Otomo and Danielle Properties, LLC (hereinafter "Purchaser") and Jonathan Melvin, Esq. agent for First American Title (hereinafter called "Escrow Agent".)

Whereas Purchaser has purchased Lots 16, 17, and 19 Grassy Creek at Mt. Harris, Routt County, Colorado (hereinafter called "Property"); and

Whereas Seller has placed in escrow with Escrow Agent the amount of $300,000 pending completion of utilities, completion of road base to County Specifications, and paving of roads to the respective lot lines of the Property by September 30, 2006; and

Whereas Seller has, because of conditions outside of Seller's control, not completed said improvements, but has demonstrated both the intent and the capability to complete these improvements in a timely manner, the parties to the agreement agree to the following extension:

Roads: Roads have been finished and based to the respective Property line to County Specifications. No extension is required.

Utilities: Offsite utilities have been installed...129 power poles, and 1 mile of underground cable to the front gate of Mt. Harris. Power line, Phone and Cable conduit have been installed substantially through the west side (29 lots) on Mt. Harris to including to the subject Property line, but due to lack of availability of cable material from Yampa Valley Electric Association, approximately 10 days of trenching and cable installation remain to be finished from a point on Talon Ridge Drive near Lot 8 to the front gate. This work will be completed before the end of October, 2006. An extension until the end of October 2006 is respectfully requested.

Paving: Paving will not take place this year as there will A) likely not be time to complete this work before snow begins in earnest on or about the first of November, B) because paving cannot begin until utility installations are complete in another 10 days or so, C) paving material is not currently in the quantities needed, and D) the paving result will be improved after winter further compacts the road base and makes it more stable which will reduce ongoing maintenance expense. D) Mt. Harris Lot values will also be greatly impacted in a positive way by utilizing good weather conditions to make other common-area improvements that can either be completed or that may be continued through the winter. An extension through July 2007 is respectfully requested.

As consideration for extensions as described above, the Seller agrees to the following:



FROM :A Z REC                    FAX NO. :38538544              Mar. 06 2009 12:25PM  P2
10/01/2006  12:36   9547860384
                                              MIKE OTOMO
FROM :A Z REC                    FAX NO. :38538544                               PAGE  01
                                                                Oct. 01 2006 10:15PM  P2

1. The entire escrow may continue to remain with the Escrow Agent until such time as utilities and paving has been completed.

2. All interest by the escrow account will be paid to the Purchaser upon release of escrow by the Escrow Agent.

3. Hunting privileges and guiding services will be available to Purchaser and guests on the Ranch Preserve Property without charge for as long as Purchaser owns subject property or 5 years from signing this escrow extension which ever is greater and so long as such use is not restricted by any Routt County or State of Colorado authority.

4. Guest house facilities will be available to Purchaser without charge (other than customary cleaning fees) for a minimum of four times per year for a period of five years so long as Seller or some related entity maintains ownership of 1720 Highland Way. In the event Seller sells Highland Way, or scheduling conflicts legitimately impact occupancy by Purchaser and Purchaser currently attempts to schedule around pre-existing reservations, Purchaser agrees to allow Seller to provide comparable accommodations for Purchaser with reasonable notice.

Purchaser and Seller herein agree to these extensions and proposed considerations, and all other considerations as set forth in, and which survive the respective purchase and sale agreements relative to Lots 16, 17 and 19 by and between the undersigned parties.

                                                             September 29, 2006

Grassy Creek Holding Company, LLC (Seller)
By Roger A. Johnson II, Manager

_____
George Adkin

_____
Danielle Properties, LLC
Mark Otis Humphrey, Manager

_____
Mike Otomo